# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DANNY W. FABRE

NO. 2024 KW 0824

**DECEMBER 16, 2024**

---

In Re:    Danny W. Fabre, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 6839.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT GRANTED.** The district court is instructed, if it has not already done so, to act on relator's application for postconviction relief, filed May 2, 2024, on or before January 23, 2025, and to provide this court with a copy of its ruling by January 30, 2025.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT